George A. Pisano (State Bar 108951)
David R. Shoop (State Bar 220576)
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
1055 West Seventh Street, Suite 2700
Los Angeles, California 90017-2503
Telephone: (213) 624-3044
Facsimile:  (213) 624-8060
Attorneys for Defendant(s),
CIRCUIT CITY STORES, INC.
and AIWA AMERICA, INC.
(a dissolved corporation)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN HOME INSURANCE GROUP, JEFFREY STRANDBERG<br><br>Plaintiff(s),<br><br>v.<br><br>CIRCUIT CITY STORES, INC., AIWA AMERICA, INC., DOES 1 TO 10, Inclusive<br><br>Defendant(s). | Case No.: 05 CV 00564 OWW (SMS)<br>JUDGE: Oliver W. Wanger<br><br>**STIPULATED DISMISSAL, WITH PREJUDICE; ORDER THEREON** |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Plaintiff, WESTERN HOME INSURANCE GROUP, and Defendants, CIRCUIT CITY STORES, INC., and AIWA AMERICA, INC. (a dissolved corporation), hereby enter into Stipulation, pursuant to FRCP 41(a)(1)(ii), to dismiss the entirety of the above-captioned matter, with prejudice.

///

///

///

///

1
STIPULATED DISMISSAL, WITH PREJUDICE

440679-1
PDF created with pdfFactory trial version www.pdffactory.com

1  Upon execution of this Stipulation, counsel represent, pursuant to FRCP 11,
2  that they have full authority from their respective clients to enter into said
3  Stipulation.
4  Accordingly, the entirety of the above-captioned matter is hereby dismissed,
5  <u>with prejudice</u>.

7  IT IS SO STIPULATED.

8  Dated:_____  WILSON, ELSER, MOSKOWITZ,
                         EDELMAN & DICKER LLP

10                       By: /S/ David R. Shoop
11                           George A. Pisano
                             David R. Shoop
                             Attorneys for Defendant(s)
12                           CIRCUIT CITY STORES, INC.
                             and AIWA AMERICA, INC.

14  Dated:                THE COLE LAW FIRM

16                       By: /S/ Stephen N. Cole
                             Stephen N. Cole
17                           Attorneys for Plaintiff,
                             WESTERN HOME INSURANCE
18                           GROUP

19  IT IS SO ORDERED.

21  DATED:   May 16, 2006    /s/ OLIVER W. WANGER

23                           _____
                             The Honorable Oliver W. Wanger
24                           JUDGE, UNITED STATES DISTRICT COURT

2
STIPULATED DISMISSAL, WITH PREJUDICE

440679-1
PDF created with pdfFactory trial version www.pdffactory.com